# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TURBOCODE LLC,** | C.A. No. 4:24-cv-524 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **ADVANTECH CO., LTD.,** | **PATENT CASE** |
| Defendant. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff TurboCode LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

| | |
|---|---|
| June 7, 2024 | DIRECTION IP LAW |
| | |
| | */s/ David R. Bennett* |
| | David R. Bennett (IL Bar No.: 6244214) |
| | P.O. Box 14184 |
| | Chicago, Illinois 60614-0184 |
| | Telephone: (312) 291-1667 |
| | dbennett@directionip.com |
| | |
| | *Attorney for Plaintiff TurboCode LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett
