UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TURBOCODE, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-524-SDJ |
| | § | |
| ADVANTECH CO., LTD. | § | |

## **ORDER**

The Complaint was filed in this case on June 7, 2024. (Dkt. #1). Since the Court had not received proof of service within sixty days, it entered a Notice of Impending Dismissal, (Dkt. #6), requiring Plaintiff TurboCode LLC ("TurboCode") to file a verified petition by September 5, 2024, or its case would be dismissed. TurboCode did so, requesting additional time to confirm proof of service. (Dkt. #7).

In that petition, TurboCode established that Defendant Advantech Co., Ltd. ("Advantech") is a Taiwanese company headquartered in Taipei, Taiwan. (Dkt. #7). Thus, the ninety-day time limit for service does not apply to Advantech. FED. R. CIV. P. 4(m).

That petition also showed that TurboCode has attempted to serve Advantech through several methods on three separate dates: June 20, 2024; July 15, 2024; and August 22, 2024. (Dkt. #7 at 1–2). Thus, TurboCode has shown good cause as to why the case should not be dismissed against Advantech.

It is therefore **ORDERED** that TurboCode's request for additional time to confirm service is **GRANTED**. It is further **ORDERED** that TurboCode provide

1

the Court with status updates of its continued attempts to serve Advantech every thirty (30) days. The first status update must be submitted no later than **October 7, 2024**.

**So ORDERED and SIGNED this 1st day of October, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE