# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TURBOCODE LLC,**<br><br>　　　　　Plaintiff,<br>　v.<br><br>**ADVANTECH CO., LTD.,**<br><br>　　　　　Defendant. | C.A. No. 4:24-cv-524-SDJ<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## STATUS REPORT REGARDING SERVICE OF SUMMONS AND COMPLAINT

Plaintiff TurboCode LLC ("TurboCode") respectfully submits this status report in response to the Court's Order (Dkt. No. 8) requiring TurboCode to provide status updates every thirty (30) days of TurboCode's continued attempts to serve Advantech.

Defendant Advantech Co., Ltd. ("Advantech") is a Taiwanese company with its headquarters located in Taipei, Taiwan. (Dkt. No. 1 at ¶2). Taiwan is not a signatory of the Hague Convention. (https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Taiwan.html#:~:text=Service%20of%20process%20in%20Taiwan,travel%20officer%20%20at%20the%20AIT.).

After three previous attempts at service of the summons and complaint (described below), TurboCode began a fourth attempt on October 2, 2024, by mailing the summons and complaint for service on the Secretary of State of Texas by Certified Mail, Return Receipt Requested. TurboCode received the Return Receipt from the Secretary of State of Texas. TurboCode requested a Certificate from the Secretary of State of Texas showing: (1) that service was accomplished; (2) that a copy of the process was forwarded to the named person at the specified address; and (3) the disposition of the mailing shown on the postal return receipt. The Certificate of service is typically issued by the Secretary of State of Texas upon completion of the Secretary

of State's statutory mailing (i.e., upon receipt of return-receipt card or returned process). TurboCode is still awaiting the Certificate of service from the Secretary of State of Texas.

TurboCode will provide another status report in 30 days if service has not been completed.

November 7, 2024

DIRECTION IP LAW

*/s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*TurboCode LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2024, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett
