# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| TurboCode LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-00524-SDJ |
| Advantech Co., Ltd. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TurboCode LLC .

Date: 02/24/2025

/s/ Steven G. Kalberg
*Attorney's signature*

Steven G. Kalberg IL Bar No. 6336131
*Printed name and bar number*

P.O. Box 14184
Chicago, IL 60614

*Address*

skalberg@directionip.com
*E-mail address*

(847) 508-1294
*Telephone number*

*FAX number*