# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TURBOCODE LLC,** | C.A. No. 4:24-cv-524-SDJ |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **ADVANTECH CO., LTD.,** | **PATENT CASE** |
| Defendant. | |

## STATUS REPORT REGARDING SERVICE OF SUMMONS AND COMPLAINT

Plaintiff TurboCode LLC ("TurboCode") respectfully submits this status report in response to the Court's Order (Dkt. No. 8) requiring TurboCode to provide status updates every thirty (30) days of TurboCode's continued attempts to serve Advantech. As explained below, TurboCode has not received a response from the Secretary of State of Texas regarding service of the summons and complaint, and is therefore re-serving the summons and complaint on the Secretary of State of Texas.

Defendant Advantech Co., Ltd. ("Advantech") is a Taiwanese company with its headquarters located in Taipei, Taiwan. (Dkt. No. 1 at ¶2). Taiwan is not a signatory of the Hague Convention. (https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Taiwan.html#:~:text=Service%20of%20process%20in%20Taiwan,travel%20officer%20%20at%20the%20AIT.).

After three previous attempts at service of the summons and complaint (described below), TurboCode began a fourth attempt on October 2, 2024, by mailing the summons and complaint for service on the Secretary of State of Texas by Certified Mail, Return Receipt Requested. TurboCode received the Return Receipt from the Secretary of State of Texas. TurboCode requested a Certificate from the Secretary of State of Texas showing: (1) that service was

1

accomplished; (2) that a copy of the process was forwarded to the named person at the specified address; and (3) the disposition of the mailing shown on the postal return receipt. The Certificate of service is typically issued by the Secretary of State of Texas upon completion of the Secretary of State's statutory mailing (i.e., upon receipt of return-receipt card or returned process). TurboCode is still awaiting the Certificate of Service from the Secretary of State of Texas. However, TurboCode is again servicing the summons and complaint on the Secretary of State of Texas. A new summons was issued to Advantech direct to service on Secretary of State of Texas. TurboCode is in the process of serving the new summons and complaint on the Secretary of State of Texas.

TurboCode will provide another status report in 30 days if service has not been completed.

March 7, 2025

DIRECTION IP LAW

*/s/ David R. Bennett*
David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*TurboCode LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett