# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TURBOCODE LLC,**<br><br>    Plaintiff,<br>v.<br>**ADVANTECH CO., LTD.,**<br><br>    Defendant. | C.A. No. 4:24-cv-524-SDJ<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## STATUS REPORT REGARDING SERVICE OF SUMMONS AND COMPLAINT

Plaintiff TurboCode LLC ("TurboCode") respectfully submits this status report in response to the Court's Order (Dkt. No. 8) requiring TurboCode to provide status updates every thirty (30) days of TurboCode's continued attempts to serve Advantech. TurboCode served the summons and complaint on the Secretary of State of Texas. TurboCode received confirmation from the Secretary of State of Texas of their receipt of the summons and complaint. TurboCode is preparing to file the summons returned executed.

| | |
|---|---|
| May 7, 2025 | DIRECTION IP LAW<br><br>*/s/ David R. Bennett*<br>David R. Bennett<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com<br><br>*Attorneys for Plaintiff*<br>*TurboCode LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett
