AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00524-SDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Advantech Co., Ltd

was received by me on *(date)* 02/25/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* the Texas Secretary of State , who is designated by law to accept service of process on behalf of *(name of organization)* Advantech Co., Ltd on *(date)* 03/04/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/13/2025

/s/Steven G. Kalberg
*Server's signature*

Steven Kalberg; Attorney
*Printed name and title*

Direction IP Law
P.O. Box 14184
Chicago, IL 60614
*Server's address*

Additional information regarding attempted service, etc: